# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J & J, INC., | CASE NO. CV 00-9785 RMT (RZx) |
| Plaintiff, | RENEWAL OF DEFAULT JUDGMENT |
| vs. | |
| ALEJANDRO A. LUERANO, individually and aka Alejandro Luerano aka Alejandro A. Luevano aka Alex A. Luevano aka Alex Luevano aka Alex A. Luerano aka Alex Luerano dba Louisa's Salon Familiar aka Louisa's Saloon aka Luisassa Beauty Salon, | |
| Defendant. | |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant ALEJANDRO A. LUERANO, individually and aka Alejandro Luerano aka Alejandro A. Luevano aka Alex A. Luevano aka Alex Luevano aka Alex A. Luerano aka Alex Luerano dba Louisa's Salon Familiar aka Louisa's Saloon aka Luisassa Beauty Salon, the Default Judgment entered on 9/14/01 [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---:|
| a. | Total judgment | $4,600.00 |
| b. | Costs after judgment | $ -0- |
| c. | Attorneys fees: | $ -0- |
| d. | Subtotal *(add a and b)* | $4,600.00 |
| e. | Credits after judgment | $ -0- |
| f. | Subtotal *(subtract d from c)* | $4,600.00 |
| g. | Interest after judgment | $1,150.00 |
| h. | Fee for filing renewal application | $ -0- |
| i. | **Total renewed judgment** *(add e, 5, and g)* | $5,750.00 |

DATED: 02/23/11     CLERK, by   Lori Muraoka   ,
                    Deputy